IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 17-cv-120 (WMC) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| (1) JAMES C. MAYEK, | ) | |
| (2) JUDITH A. MAYEK, | ) | |
| (3) WISCONSIN DEPARTMENT OF | ) | |
| WORKFORCE DEVELOPMENT, | ) | |
| (4) WISCONSIN DEPARTMENT OF | ) | |
| REVENUE, | ) | |
| (5) DISCOVER BANK, and | ) | |
| (6) PORTAGE COUNTY TREASURER'S | ) | |
| OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [~~Proposed~~] ORDER AND JUDGMENT

This matter comes before the Court upon the Motion for Default Judgment by Plaintiff United States of America. Pursuant to the motion, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion is GRANTED.

2. Defendants James C. Mayek, Judith A. Mayek, Wisconsin Department of Workforce Development ("WDWD"), Discover Bank, and Portage County Treasurer's Office ("Portage County") were properly served with a copy of the summons and complaint.

3. No answer or other defense has been filed by Defendants James C. Mayek, Judith A. Mayek, WDWD, Discover Bank, and Portage County, and the time within which they may answer or other respond to the complaint has expired.

1

4. James C. Mayek and Judith A. Mayek are over the age of 18, not incompetent, and are not on active duty in the military.

5. The Clerk of Court docketed entries of default against James C. Mayek, Judith A. Mayek, WDWD, Discover Bank, and Portage County on June 16, 2017.

6. Defendants James C. Mayek, Judith A. Mayek, WDWD, Discover Bank, and Portage County are in default, and the United States is entitled to default judgment in its favor and against them.

7. Default judgment is entered in favor of the United States and against James C. Mayek, in the amount of $258,171.94, plus interest allowed by law as of July 17, 2017 until the balance is paid in full, for unpaid 26 U.S.C. § 6672 assessments for: (1) the fourth quarter of 2006; (2) the fourth quarter of 2007; (3) the second quarter of 2008 through the fourth quarter of 2010; and (4) the fourth quarter of 2012 through the third quarter of 2014.

8. Default judgment is entered in favor of the United States and against Judith A. Mayek, in the amount of $259,434.89, plus interest allowed by law as of July 17, 2017 until the balance is paid in full, for unpaid 26 U.S.C. § 6672 assessments for: (1) the fourth quarter of 2006; (2) the fourth quarter of 2007; (3) the second quarter of 2008 through the fourth quarter of 2010; and (4) the fourth quarter of 2012 through the third quarter of 2014.

9. The federal tax liens resulting from the 26 U.S.C. § 6672 assessments are valid and subsisting liens that attach to all property and rights to property of James C. Mayek and Judith A. Mayek, including the real property located at 3157 Woods Road, Junction City, Portage County, Wisconsin 54443 (hereinafter the "Woods Road Property"). The property consists of three parcels, with the following legal descriptions:

Parcel 1:
The Northwest (NW1/4) Quarter of the Southeast (SE1/4) Quarter of Section No. Eighteen (18), Township No. Twenty-four (24) North, Range No. Seven (7) East, together with all improvements thereon situated.

Parcel 2:
The Northeast Quarter of the Southwest Quarter of Section 18, Township 24 North, Range 7 East.

Parcel 3:
The North one-half of the West one-half of the Southwest Fractional Quarter, Section 18, Township 24 North, Range 7 East, EXCEPT the North 10 acres thereof, and EXCEPT that part conveyed to Archie R. Olds and wife by deed recorded in Book 232 of Deeds, page 12, and further EXCEPTING the South 208.71 feet of the North 668.71 feet thereof.

10. The United States' federal tax liens are enforced against the Woods Road Property and that property shall be sold in accordance with the order of sale concurrently filed with this judgment.

11. The United States is granted judgment, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, against Defendants James C. Mayek as to Counts I and III, Judith A. Mayek as to Counts II and III, and Wisconsin Department of Workforce Development, Discover Bank, and Portage County Treasurer's Office as to Count III. Accordingly, these defendants have no rights, claims, or interests in the Woods Road Property or to the proceeds from the sale of the Woods Road Property, except that if there are any unpaid ad valorem property taxes due to Portage County at the time of the sale, then said property taxes shall be paid prior to the satisfaction of the federal tax liens.

12. The Clerk of Court shall enter this judgment forthwith since there is no just reason for delay.

\\
SO ORDERED this 19th day of July, 2017.
\\

BY THE COURT:

William M. Conley, District Judge
United States District Court